IN THE SUPREME COURT OF THE STATE OF NEVADA

MACK JOSEPH MILLER, II,
Appellant,
vs.
RICHARD L. "TICK" SEGERBLOM,
Respondent.

No. 85134

FILED

AUG 23 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed on August 8, 2022, without payment of the requisite filing fee and without the case appeal statement. *See* NRAP 3(e), (f). That same day, this court issued notices directing appellant to file the case appeal statement and to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notices advised that failure to pay the filing fee would result in the dismissal of this appeal and failure to file the case appeal statement could result in sanctions, including dismissal of this appeal. To date, appellant has not paid the filing fee, filed the case appeal statement, or otherwise responded to this court's notices. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: 

cc:     Hon. Erika D. Ballou, District Judge
        Law Office of Timothy R. Treffinger
        McLetchie Law
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-26315